UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GEORGE PEEK #421782,

     Plaintiff,

                                               Case No. 2:19-cv-262

v.

                                               HON. JANET T. NEFF

CHIPPEWA COUNTY, et al.,

     Defendants.

_____/

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 31, 2022, recommending that this Court grant the motion and enter judgment in favor of Defendants.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 28) is **GRANTED**.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith for the reasons stated in the Report and Recommendation and the fact that Plaintiff failed to file any objections.  *See McGore v.*

*Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v.*

*Bock*, 549 U.S. 199, 206, 211-12 (2007).

      A Judgment will be entered consistent with this Order.


Dated:  March 24, 2022                 /s/ Janet T. Neff
                                         JANET T. NEFF
                                         United States District Judge